IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEONDRE' WATKINS,

    Plaintiff,

v.                                             Civil Action No. 3:25cv634

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

    Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter indicating that he is having trouble obtaining records from his criminal case in the Circuit Court for the City of Norfolk so he "can get back in court." (ECF No. 1.) It is unclear exactly what action Plaintiff seeks from this Court. However, it appears that he wishes this Court to order the state court to provide him with certain records. Plaintiff fails to identify the procedural vehicle that would authorize the action he seeks. Moreover, this Court lacks jurisdiction to grant mandamus relief against state officials. *In re Gurley*, 247 F. App'x 437, 438 (4th Cir. 2007) (citing *Gurley v. Superior Court of Mecklenburg Cty.*, 411 F.2d 586, 587 (4th Cir. 1969)). Therefore, the action will be DISMISSED. *See* 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2). Plaintiff should direct his request to the Virginia state courts.

    An appropriate Order shall accompany this Memorandum Opinion.

Date: 08/28/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge